UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| CORNELL WHITE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-00136-JSD |
| ) | |
| GREGORY HANCOCK, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on review of Petitioner Cornell White's self-represented filing titled "Motion to Dismiss Above Captioned Case and Clarify Issue Presented." ECF No. 4. This Motion appears to be in response to the Court's January 28, 2026, Order directing Petitioner to amend his petition and file a new motion to proceed *in forma pauperis* on Court-provided forms, as required by the Court's Local Rules. *See* ECF No. 3. Petitioner has not filed any amended pleadings but instead, he argues in the instant Motion that he will "not receive a fair adjudication" in this Court and requests that this case be dismissed "for lack of jurisdiction without prejudice." ECF No. 4 at 1-2.

The Court construes Petitioner's Motion as a notice of voluntary dismissal filed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Petitioner's motion will be granted, and this case will be dismissed without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Motion, construed as a motion to voluntarily dismiss [ECF No. 4], is **GRANTED**.

**IT IS FURTHER ORDERED** that Petitioner's application for writ of habeas corpus pursuant to 28 U.S.C. § 2254 [ECF No. 1] is **DISMISSED without prejudice**.

An Order of Dismissal will accompany this Memorandum and Order.

Dated this 9th day of February, 2026.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE